UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-06034-SVW-SS | Date | March 21, 2016 |
|---|---|---|---|
| Title | Priscilla Ann Wilson v. The United States of America | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Priscilla A. Wilson, pro se | Kevin B. Finn, AUSA |

**Proceedings:**   PRETRIAL CONFERENCE

    Case called.  The Court is advised that the parties have reached a settlement.  The settlement is placed on the record.

    The case is closed.

| | : | 01 |
|---|---|---|
| | Initials of Preparer | PMC |